**IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

SVENJA SCHMITT,

      Plaintiff,                              Case No.:  1: 24-cv-00562

v.                                       Judge Jorge L. Alonso

THE PARTNERSHIPS AND UNINCORPORATED      Magistrate Judge Jeffrey T. Gilbert
ASSOCIATIONS IDENTIFIED ON SCHEDULE "A",

      Defendants.

**PLAINTIFF'S MOTION FOR ENTRY OF DEFAULT AND DEFAULT JUDGMENT
AGAINST THE DEFENDANTS IDENTIFIED IN FIRST AMENDED SCHEDULE A**

      Plaintiff hereby moves this Honorable Court for entry of Default and Default Judgment against the Defendants identified in First Amended Schedule A.

      Plaintiff files herewith a Memorandum of Law in support.

DATED:  March 1, 2024                Respectfully submitted,

                                  */s/ Keith A. Vogt*
                                  Keith A. Vogt (Bar No. 6207971)
                                  Keith Vogt, Ltd.
                                  33 West Jackson Boulevard, #2W
                                  Chicago, Illinois 60604
                                  Telephone: 312-971-6752
                                  E-mail:  keith@vogtip.com

                                  ***ATTORNEY FOR PLAINTIFF***

## <u>CERTIFICATE OF SERVICE</u>

  I hereby certify that on March 1, 2024, I will electronically file the foregoing with the Clerk of the Court using the CM/ECF system, I will electronically publish the documents on a website, and I will send an e-mail to the e-mail addresses identified and provided for Defendants by third parties that includes a link to said website.

<u>/s/ <em>Keith A. Vogt</em></u>
Keith A. Vogt
