# IN THE UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| SVENJA SCHMITT, | |
| Plaintiff, | Case No.: 1: 24-cv-00562 |
| v. | Judge Jorge L. Alonso |
| THE PARTNERSHIPS AND UNINCORPORATED ASSOCIATIONS IDENTIFIED ON SCHEDULE "A", | Magistrate Judge Jeffrey T. Gilbert |
| Defendants. | |

## NOTICE OF MOTION

**PLEASE TAKE NOTICE** that on Thursday, March 14, 2024, at 9:30 a.m., Plaintiff, by Plaintiff's counsel, shall appear by remote means, before the Honorable Judge Jorge L. Alonso, of the U.S. District Court for the Northern District of Illinois, and present Plaintiff's Motion for Entry of Default Judgment against the Defendants Identified in First Amended Schedule A.

DATED: March 1, 2024

Respectfully submitted,

*/s/ Keith A. Vogt*
Keith A. Vogt (Bar No. 6207971)
Keith Vogt, Ltd.
33 West Jackson Boulevard, #2W
Chicago, Illinois, 60604
Telephone: 312-971-6752
E-mail: keith@vogtip.com

***ATTORNEY FOR PLAINTIFF***

## **CERTIFICATE OF SERVICE**

      I hereby certify that on March 1, 2024, I will electronically file the foregoing with the Clerk of the Court using the CM/ECF system, I will electronically publish the documents on a website, and I will send an e-mail to any e-mail addresses provided for Defendants by third parties that includes a link to said website.

                                             /s/ *Keith A. Vogt*
                                             Keith A. Vogt, Esq.